# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT HOWELL** and **KAREN HOWELL,**
Appellants,

v.

**PORT CONSOLIDATED, INC., et al.,**
Appellee.

No. 4D20-838

[July 8, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 2016CA013844.

Jeffrey V. Mansell of Burlington & Rockenbach, P.A., West Palm Beach, for appellants.

Michelle D. Cofiño, Reginald J. Clyne and Kimare S. Dyer of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for appellee Port Consolidated.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***